**James R. GRIMES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59704.**

Missouri Court of Appeals,
Western District.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 4, 2001.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before THOMAS H. NEWTON, P.J.,
HAROLD L. LOWENSTEIN, and
JAMES M. SMART, JR., JJ.

### Order

PER CURIAM:

James R. Grimes appeals the judgment denying his claims on a postconviction relief motion under Rule 29.15.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).